FILED
15-0826
11/23/2015 9:33:00 AM
tex-7941404
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. 15-0826

IN THE SUPREME COURT OF TEXAS

---

LIONELL BREAUX AND L.J. BREAUX, L.L.C.,
Petitioners,

V.

WEST TEXAS PETERBILT (LUBBOCK) INC. D/B/A TEXAS
PETERBILT (ODESSA),
Respondent.

---

RESPONDENT'S WAIVER OF RESPONSE
TO PETITION FOR REVIEW

---

TO THE HONORABLE SUPREME COURT OF TEXAS:

Comes now Respondent West Texas Peterbilt (Lubbock) Inc. d/b/a Texas Peterbilt (Odessa) ("Respondent") and files this, its waiver of response to Petitioners Lionell Breaux and L.J. Breaux, L.L.C.'s Petition for Review, reserving the right to respond upon request of the Court pursuant to Texas Rule of Appellate Procedure 53.3.

Respectfully submitted,

UNDERWOOD LAW FIRM, P.C.
W. Wade Arnold
State Bar No. 00783561
Stephanie J. Larsen
State Bar No. 24085425
P. O. Box 9158
Amarillo, Texas 79105-9158
Wade.arnold@uwlaw.com
Stephanie.larsen@uwlaw.com
(806) 376-5613
(806) 379-0316 [fax]


By:   /s/ Stephanie J. Larsen
       Stephanie J. Larsen

ATTORNEYS FOR WEST TEXAS
PETERBILT (LUBBOCK) d/b/a
TEXAS PETERBILT (ODESSA)


## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2015 a true and correct copy of the above was served on the following:

*Counsel for Petitioner:*

***Via Facsimile (432) 368-4287***
Mr. Allen R. Stroder
191 Professional Center, Suite 230
6010 Highway 191
Odessa, Texas 79762
allenstroder@cableone.net


/s/    Stephanie J. Larsen
Stephanie J. Larsen